UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

JOSIAH J. STRONG,

    Plaintiff,

v.

ELIZABETH DILLETT, and
ST. PETER-IMMANUEL LUTHERAN
CHURCH AND SCHOOL,

    Defendants.

Case No. 2:24-cv-00823-BHL

## DEFENDANT ELIZABETH DILLETT'S MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND MOTION TO DISMISS

Defendant Elizabeth Dillett, by and through her attorneys, von Briesen & Roper, s.c., hereby move the Court, pursuant to Federal Rules of Civil Procedure 55(c), 12(b)(2), and 12(b)(5), for an order setting aside the Clerk's August 15, 2024 entry of default as to Elizabeth Dillett and for an order dismissing Ms. Dillett from this action without prejudice. The grounds for this Motion are set forth in Elizabeth Dillett's Brief in Support of her Motion to Set Aside the Clerk's Entry of Default and Motion to Dismiss, which is being contemporaneously filed herewith.

[Signature Page Follows]

Dated: October 11, 2024.

von Briesen & Roper, s.c.

*s/ Barry R. White*
Barry R. White, SBN 1020117
von Briesen & Roper, s.c.
411 E. Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
T: (414) 270-2516
F: (414) 238-6581
Barry.White@vonbriesen.com

Nicholas M. Lubenow, SBN 1125047
von Briesen & Roper, s.c.
300 N. Broadway, Suite 2B
Green Bay, Wisconsin 54303
T: (920) 713-7814
F: (920) 232-4889
Nicholas.Lubenow@vonbriesen.com

*Attorneys for Defendant Elizabeth Dillett*